IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD KADAR**,

**Plaintiff,**

**v.**

**ARROW FINANCIAL SERVICES, LLC,**

**Defendant.**                                             No. 10-0593-DRH

### ORDER

**HERNDON, Chief Judge:**

Today, the parties filed a stipulation of dismissal with prejudice (Doc. 20). Pursuant to the stipulation, the Court **DISMISSES with prejudice** this case. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 15th day of February, 2011.

David R. Herndon
2011.02.15
15:56:26 -06'00'

**Chief Judge
United States District Court**