IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD KADAR,**

    **Plaintiff,**

**v.**

**ARROW FINANCIAL SERVICES, LLC,**

    **Defendant.**　　　　　　　　　　　　**Case No. 10-cv-593-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal filed February 15, 2011.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 15, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                  **NANCY J. ROSENSTENGEL,**
                                  **CLERK OF COURT**


                            **BY:**　　　　**/s/*Sandy Pannier***
                                          **Deputy Clerk**

Dated: February 15, 2011

                David R. Herndon
                2011.02.15
                15:59:05 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT